**No. 48846.**—Protests 34741–K, etc., of Copeland Shipping Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, OCTOBER 8, 1943

**No. 48847.**—Protests 599004–G, etc., of Jose Serrano et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained.

**No. 48848.**—Protests 630773–G, etc., of S. Mankowitz (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited case the following allowances were made by the court to compensate for foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and (2) 1 percent for certain other cheese similar to that involved also in said C. D. 706. Protests sustained to this extent.

**No. 48849.**—Protests 736829–G, etc., of N. Dorman & Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269. The protests were therefore sustained to this extent.

**No. 48850.**—Protests 98802–K, etc., of Lansen-Naeve Corp. et al. (New York).

Opinion by KEEFE, J. From an examination of the entry papers the court was unable to find anything sufficient to overcome the action of the collector, which was held presumptively correct. The protests were therefore overruled.

**No. 48851.**—Protests 648420–G, etc., of Musolino Berger Lo Conte Co. et al. (Boston, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.